

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2014

No. 04-14-00365-CV

**IN THE INTEREST OF J.T., ET AL**,

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 12-10-0594-CVW
Honorable Thomas F. Lee, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to file Brief is hereby GRANTED. Time is extended to August 18, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court